**Opinion filed May 19, 2022**



# In The

# Eleventh Court of Appeals

_____

## No. 11-22-00074-CV

_____

## JANET BIEREG, Appellant

## V.

## LAUREL HERNANDEZ, Appellee

**On Appeal from the County Court**
**Howard County, Texas**
**Trial Court Cause No. C-6212**

## M E M O R A N D U M   O P I N I O N

Appellant, Janet Biereg, has filed in this court a motion to withdraw her appeal. In the motion, Appellant states that she has voluntarily vacated the premises that was at issue. She also states that Appellee is not opposed to the motion. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Appellant's motion is granted, and the appeal is dismissed.


May 19, 2022                                                      PER CURIAM

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.